**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **CHRISTY E. BUTLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION** |
| **STEVEN T. MNUCHIN,** ) | |
| **SECRETARY OF THE TREASURY,** ) | **NO. 2:19-CV-2577** |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christy Butler and Defendant Steven T. Mnuchin, Secretary of the Treasury, by and through counsel, hereby stipulate that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: June 30, 2020                                  Respectfully submitted,


  s/Philip Oliphant
  Alan G. Crone, TN Bar No. 014285
  Philip Oliphant, TN Bar No. 025990
  THE CRONE LAW FIRM, PLC
  88 Union Avenue, 14th Floor
  Memphis, TN 38103
  901.737.7740 (voice)
  901.474.7926 (fax)
  acrone@cronelawfirmplc.com
  poliphant@cronelawfirmplc.com

  *Attorneys for Plaintiff*

s/Eileen Kuo
Reagan Taylor Fondren (Bar# 024743)
Eileen Kuo (Bar #027365)
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103 (901) 544-4231
reagan.fondren@usdoj.gov
eileen.kuo@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and exact copy of the foregoing via the Court's ECF system on June 30, 2020 upon:

> Reagan Taylor Fondren (Bar# 024743)
> Eileen Kuo (Bar #027365)
> Assistant United States Attorney
> 167 N. Main Street, Suite 800
> Memphis, TN 38103 (901) 544-4231
> reagan.fondren@usdoj.gov
> eileen.kuo@usdoj.gov

s/Philip Oliphant
Philip Oliphant